Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **08−63247−wsd**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Eric W.C. Miller
  12525 Ostrander
  Maybee, MI 48159

  Jessica R. Miller
  12525 Ostrander
  Maybee, MI 48159

Social Security No.:
  xxx−xx−0114                 xxx−xx−6438

Employer's Tax I.D. No.:

### NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **11/25/09** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 11/25/09

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT